# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR LOPEZ-SEGURA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:14-CR-00174-LJO-SKO-1<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(Doc. 16) |

　　　On May 4, 2016, Defendant Oscar Lopez-Segura filed a *pro se* motion (Doc. 16), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Pursuant to Eastern District of California General Order 563, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter, pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c), and because of the need to efficiently process petitions under *Johnson* and *Welch*.

　　　**IT IS HEREBY ORDERED** that the FDO shall have until **August 12, 2016** to file a supplement to Defendant's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file a supplement to the motion. The Government shall have **60 days** from the date of the FDO's filing to file a response to Defendant's Section 2255 Motion. The FDO shall have **60 days** from the date of the Government's filing to file a reply.

　　　The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator Connie Garcia (Connie_Garcia@fdo.gov) to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

　　Dated:　**May 13, 2016**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE