# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR LOPEZ-SEGURA,<br><br>Defendant. | CASE NO. 1:14-CR-00174-LJO-SKO-1<br><br>ORDER WITHDRAWING PETITIONER'S § 2255 MOTION<br><br>(ECF NO. 16) |

On May 24, 2016, Petitioner Oscar Lopez-Segura filed a *pro se* motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion") (ECF No. 16). The Court referred the case to the Federal Defender's Office ("FDO") in an Order rendered May 16, 2016 (ECF No. 17). As per the Court's May 16, 2016 Order, the FDO filed a Notice of Withdrawal of Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 19). Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court **SHALL** render Petitioner's Section 2255 Motion (ECF No. 16) **WITHDRAWN**.

IT IS SO ORDERED.

Dated:  **July 27, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE